**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1572**

In Re:  WILLIAM PENN REAVIS, SR.,

                Petitioner.

On Petition for Writ of Mandamus.  (4:07-cr-00075-JBF-JEB-1)

Submitted:  October 14, 2010          Decided:  October 20, 2010

Before MOTZ, KING, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

William Penn Reavis, Sr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Penn Reavis, Sr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2255 (West Supp 2010) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed several claims and ordered the Government to respond. Accordingly, because the district court has recently taken action in Reavis's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED